**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE No. 0:22-cv-61468-WPD

KHALIA MONTIQUE, *individually and*
*on behalf of all others similarly situated*,

        CLASS ACTION

    Plaintiff,

v.

LILLY LASHES, LLC,

    Defendant.
_____/

### JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Khalia Montique and Defendant Lilly Lashes, LLC, by and through respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file this Joint Stipulation of Voluntary Dismissal with Prejudice of the above styled action. Plaintiff and Defendants shall each bear their own attorneys' fees and costs. All parties have reviewed this stipulation.

DATED: September 8, 2022

| | |
|---|---|
| /s/ Jennifer G. Simil | /s/ Thomas J. Cunningham |
| **JENNIFER G. SIMIL, ESQ.** | **THOMAS J. CUNNINGHAM, ESQ.** |
| Florida Bar No.: 1018195 | Florida Bar No.: 121997 |
| E-mail: jen@jibraellaw.com | E-mail: tcunningham@lockelord.com |
| The Law Offices of Jibrael S. Hindi | Locke Lord LLP |
| 110 SE 6th Street, Suite 1744 | 777 South Flagler Drive, Suite 215 East Tower |
| Fort Lauderdale, Florida 33301 | West Palm Beach, FL 33401 |
| Phone: 954-907-1136 | Phone: 561-833-7700 |
| Fax:    855-529-9540 | |
| | |
| *COUNSEL FOR PLAINTIFF* | *COUNSEL FOR DEFENDANT* |