UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-61468-CIV-DIMITROULEAS

KHALIA MONTIQUE,

      Plaintiff,

vs.

LILLY LASHES LLC,

      Defendant.

_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER**, having come before the Court upon the parties' Joint Stipulation of

Voluntary Dismissal With Prejudice ("Joint Stipulation") [DE 9], and the Court having reviewed

this matter and being otherwise fully advised in the premises, it is hereby **ORDERED and**

**ADJUDGED** as follows:

    1.    The Joint Stipulation [DE 9] is **APPROVED**;

    2.    This matter is hereby **DISMISSED WITH PREJUDICE**;

    3.    The Clerk is **DIRECTED** to **CLOSE** this case and **DENY AS MOOT** any

        pending motions.

**DONE** and **ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this

8th day of September, 2022.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record